Craig G. Kallen, Rachel S. Gray, 13321 North Outer Forty Rd., Ste. 100, Town & Country, MO 63017, for appellant.

Jane Ellen Tomich, Deborah Jean Tomich, 309 N. Main St., Ste. 210, St. Charles, MO 63301, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

## ORDER

PER CURIAM.

Y.T.S. appeals the portions of a paternity judgment regarding the trial court's award of prospective and retroactive child support to be paid by S.D.C. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).

Gwenda Renee Robinson, 1010 Market St., Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Evan J. Buchheim, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

## ORDER

PER CURIAM

Robert Gray (Movant) appeals from the circuit court's judgment denying, without an evidentiary hearing, his Rule 29.15 motion for post-conviction relief.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

■

**Robert GRAY, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED101449

Missouri Court of Appeals,
Eastern District,
**Division One.**

FILED: March 3, 2015

■

**Darrell LEWIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 101044

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: March 3, 2015